## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

ROBERT F. SINEGAL                 CIVIL ACTION NO. 25-1247

VERSUS                         JUDGE DONALD E. WALTER

STATE OF LOUISIANA, ET AL.       MAGISTRATE JUDGE AYO

### <u>JUDGMENT</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this matter be **DISMISSED WITH PREJUDICE**, as malicious and duplicative, and for failing to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 10th day of November, 2025.

*Donald E Walter*

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE